IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARVIN RICHARDSON                                                                                           PLAINTIFF

v.                                              Case No. 4:15-cv-04077

CITY OF BRADLEY, ARKANSAS;
KATARINA M. SALIC, individually and in her
official capacity as former Chief of Police for
the Cit of Bradley, Arkansas; ALLISON BRIDGES,
individually and in her official capacity as a police
officer with and for the City of Bradley, Arkansas;
JOHN DOES #1-5, individually and in their official
capacities as employees of the City of Bradley, Arkansas                              DEFENDANTS

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Dismiss Separate Defendant, Katarina M. (Katie) Salic. (ECF No. 18). Plaintiff moves to dismiss all claims against Separate Defendant Katarina M. Salic without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Before the opposing party serves an answer or a motion for summary judgment, the Plaintiff may dismiss an action. Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, Separate Defendant Katarina M. Salic is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of March, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge