IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARVIN RICHARDSON                                                                                           PLAINTIFF

v.                                             Case No. 4:15-cv-04077

CITY OF BRADLEY, ARKANSAS;
KATARINA M. SALIC, individually and in her
official capacity as former Chief of Police for
the Cit of Bradley, Arkansas; ALLISON BRIDGES,
individually and in her official capacity as a police
officer with and for the City of Bradley, Arkansas;
JOHN DOES #1-5, individually and in their official
capacities as employees of the City of Bradley, Arkansas                              DEFENDANTS

**ORDER**

Before the Court is Plaintiff's Motion to Dismiss. (ECF No. 21). The parties have reached a settlement in this matter. Pursuant to Federal Rule of Civil Procedure 41(a)(2), an action may be dismissed by a Court order on terms that the Court considers proper.

Accordingly, the Court finds that the above styled case is hereby **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this judgment.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 27th day of June, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge